FILED
09 MAY -1 PM 2:21
RICHARD...
CLERK, U.S....
NORTHERN...

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

**VRW**

IN THE MATTER OF     **CV 09 80 083 MISC**

Thomas Andrew Ostly - #209234

_____/

### ORDER TO SHOW CAUSE

It appearing that Thomas Andrew Ostly has been enrolled as an inactive member of the State Bar of California due to MCLE noncompliance and that he may not practice law while so enrolled effective July 1, 2008,

**IT IS ORDERED**

That respondent show cause in writing on or before May 26, 2009 as to why he should not be suspended from practice before this Court, pending further notice from the State Bar of California.

Dated: _____

VAUGHN R. WALKER
United States District Chief Judge

Mailing Address:

Thomas Andrew Ostly
610 16th Street Penthouse
Oakland, CA 94612

