IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

IN THE MATTER OF:    No CV-09-80083 MISC VRW

Thomas Andrew Ostly,    ORDER

State Bar No 209234

_____/

    On May 1, 2009, the court issued an order to show cause (OSC) why Thomas Andrew Ostly should not be removed from the roll of attorneys authorized to practice law before this court, based upon his inactive enrollment as a member of the State Bar of California due to MCLE noncompliance, effective July 1, 2008.

    The OSC was mailed to Mr Ostly's address of record with the State Bar on May 6, 2009. A written response was due on or before May 26, 2009. The OSC was returned by the post office as unclaimed. No response to the OSC has been filed as of this date.

    The court now orders Thomas Andrew Ostly removed from the roll of attorneys authorized to practice before this court. The clerk is directed to close the file.

    IT IS SO ORDERED.

VAUGHN R WALKER
United States District Chief Judge

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

In the matter of:

Thomas Andrew Ostly,

_____/

Case Number: C09-80083 VRW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on July 29, 2009, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Thomas Andrew Ostly
610 16th Street, Penthouse
Oakland, CA 94612

Dated: July 29, 2009

Richard W. Wieking, Clerk
By: Cora Klein, Deputy Clerk

*Cora Klein*